```
               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

LORI D. JUSTICE, individually,
and on behalf of a class of
similarly situated persons,

       Plaintiff,

v.                              Civil Action No. 2:17-cv-01997

CNA NATIONAL WARRANTY
CORPORATION,

       Defendant.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order this day entered it is ORDERED that judgment be, and hereby is, awarded in favor of the defendant and against the plaintiff, and this case is stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record and any unrepresented parties.

                              ENTER: September 27, 2018

                              John T. Copenhaver, Jr.
                              United States District Judge